# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**Case No.:** CV 05-349-PA

**Date of Proceeding:** July 5, 2005

**Case Title:** Demers v. Belleque

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Margaret Hunt

**Reporter:** None

**Tape No:** _____

## DOCKET ENTRY:

Record of order: petitioner's motion for voluntary dismissal (# 10) is granted.

**PLAINTIFF'S COUNSEL**

**DEFENDANT'S COUNSEL**

cc: { } All counsel

**DOCUMENT NO:** _____
**CIVIL MINUTES**

Civil Minutes

Honorable Owen M. Panner